**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6508**

---

GIOVANNI SUAREZ-CISNEROS, a/k/a Javier Gio-
vanni Suarez-Cisneros,

                                    Petitioner - Appellant,

          versus

STEPHEN DEWALT, Warden; ATTORNEY GENERAL OF
VIRGINIA,

                                    Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-00-270-AM)

---

Submitted:  October 20, 2000          Decided:  October 31, 2000

---

Before WIDENER and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Giovanni Suarez-Cisneros, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Giovanni Suarez-Cisneros appeals the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000), and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Suarez-Cisneros v. Dewalt, No. CA-00-270-AM (E.D. Va. Mar. 6 & 29, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's final order is marked as "filed" on March 28, 2000, the district court's record shows that it was entered on the docket sheet on March 29, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2